**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1359**

FRANCISCO AVOKI, d/b/a Driv4less,

     Plaintiff - Appellant,

   v.

LARRY EUGENE FEREBEE; DONALD ALAN FRALEY; LILLIE FRALEY;
DOES I-XX,

     Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Frank D. Whitney,
Chief District Judge. (3:15-cv-00136-FDW-DSC)

Submitted: October 18, 2016   Decided: October 20, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francisco Avoki, Appellant Pro Se. Claude Roberson Wilson, III,
HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Charlotte, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Avoki appeals the district court's order granting Defendants' motion to dismiss Avoki's complaint for lack of subject matter jurisdiction and denying his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Avoki v. Ferebee, No. 3:15-cv-00136-FDW-DSC (W.D.N.C. Mar. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2